**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmund Powers, et al., | No. CV-23-00508-PHX-KML (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| Lillian Dauod, et al., | |
| Defendants. | |

This case was filed in early 2023. Upon the filing of the suggestion of death on March 18, 2025, the court denied all pending motions and ordered the personal representative to appear by July 11, 2025. (Doc. 147.) That deadline was extended twice, and the personal representative appeared on August 7, 2025. The court then gave the parties ten days to refile any motions they believed appropriate. (Doc. 159.) Defendants refiled their motion for summary judgment by the deadline but plaintiff requested an extension of thirty days to determine which, if any, motions should be refiled.

Due to the age of this case, a 30-day extension is not appropriate. Plaintiff must refile any motions within fourteen days. Plaintiff should also note that the age of this case means that other briefing extensions, such as an extension to respond to the motion for summary judgment, are unlikely to be granted.

/
/
/

1   Accordingly,

2   **IT IS ORDERED** the Motion for Extension of Time (Doc. 162) is **GRANTED IN**
3   **PART**. Plaintiff shall refile any motions no later than **September 16, 2025**.

4   Dated this 2nd day of September, 2025.

Honorable Krissa M. Lanham
United States District Judge